No. 93–8521.  FLEENOR v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 93–9155.  KIMBALL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–9358.  HALL v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 93–9674.  HEIDEMANN v. YOUNG.  Sup. Ct. Fla.  Certiorari denied.

No. 93–9699.  IN RE HEAD (two cases).  C. A. 4th Cir.  Certiorari denied.

No. 93–9748.  HALL v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 93–9790.  BOROWY v. BASS, PLC, ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 94–249.  ROWE v. DEBRUYN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–315.  BILLING ET AL. v. RAVIN, GREENBERG & ZACKIN, P. A., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–327.  BEUS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–366.  UNARCO BLOOMINGTON FACTORY WORKERS v. UNR INDUSTRIES, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–374.  WEBER v. MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 94–396.  WIZBOWSKI ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 94–475.  EARTH ISLAND INSTITUTE, MARINE MAMMAL FUND, ET AL. v. BROWN, SECRETARY OF COMMERCE, ET AL.  C. A. 9th Cir.  Certiorari denied.